# UNITED STATES DISTRICT COURT
# EASTERN DISTRICT OF MISSOURI
# SOUTHEASTERN DIVISION

| | |
|---|---|
| TIMOTHY BARR, ) | |
| ) | |
| Plaintiff, ) | |
| ) | |
| v. ) | No. 1:15-CV-85-ACL |
| ) | |
| REBECCA PEARSON, et al., ) | |
| ) | |
| Defendants. ) | |

## MEMORANDUM AND ORDER

Before the Court is the *ex parte in camera* response of Corizon, Inc. to the Court's Order of August 25, 2016 [Doc. 47]. Corizon, Inc.'s response provides the last known address of Defendants Mina Massey and Rebecca Pearson, former Corizon employees, for purposes of accomplishing service of process.

Because Plaintiff is proceeding in forma pauperis pursuant to 28 U.S.C. § 1915, the Court is required to serve process on his behalf. As such, the Court will order the Clerk to effectuate service of process on the complaint by alias summons on Defendants Mina Massey and Rebecca Pearson in their individual capacities, by instructing the United States Marshals Service to serve an alias summons on said Defendants at the address listed in Corizon, Inc.'s *in camera* response [Doc. 47]. **The Clerk's Summons and the Marshal's return of Summons for said**

**Defendants shall be filed under seal.**

Accordingly,

**IT IS HEREBY ORDERED** that the Clerk of Court shall prepare an alias summons for Defendant Mina Massey, as well as Defendant Rebecca Pearson using the address listed in Corizon, Inc.'s *in camera* response [Doc. 47], **and shall docket said alias Summons under seal.**

**IT IS FURTHER ORDERED** that the United States Marshals Service shall serve said Defendants in their individual capacities in accordance with Rule 4 of the Federal Rules of Civil Procedure.

**IT IS FURTHER ORDERED** that **the Marshal's return of Summons for said Defendants shall be filed under seal.**

**IT IS FURTHER ORDERED** that the Clerk of Court shall provide the Marshals Service with a copy of this Memorandum and Order.

Dated this 7th day of September, 2016.

                                      */s/ Abbie Crites-Leoni*
                                  **ABBIE CRITES-LEONI**
                                  **UNITED STATES MAGISTRATE JUDGE**